**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br><br>    *Plaintiff*,<br><br>  v.<br><br>SIEMENS ENERGY, INC.,<br><br>    *Defendant*. | Civil Action No.: 3:21-cv-25-JAG |

## [PROPOSED] ORDER

This matter is before the Court on the Joint Motion for Order Establishing Briefing Schedule and Request for Hearing filed by General Electric Company ("GE" or "Plaintiff") and Siemens Energy, Inc. ("Siemens Energy" or "Defendant") (Doc. No. 35). For good cause shown, it is hereby **ORDERED** that the Joint Motion is **GRANTED**. Defendant shall file its brief in opposition to Plaintiff's Motion for Preliminary Injunction on or before March 1, 2021, and Plaintiff shall file its rebuttal brief on or before March 15, 2021.

A hearing on the GE's Motion for Preliminary injunction is set for _____.

Let the Clerk send a copy of this Order to all counsel of record.

It is **SO ORDERED**.

Date:
Richmond, Virginia

                                                      The Hon. John A. Gibney, Jr.
                                                      United States District Court Judge